**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHALIMAR BEACH,)3:11-cv-00007-HDM-VPC)Plaintiff,))ORDERvs.))WAL-MART STORES, INC.,))Defendant.)_____) | |

   The defendant's request for a one-day extension of time in which to file the supplemental brief ordered by the court on January 22, 2013, is **GRANTED**. The deadline for defendant to file a supplemental brief is extended *nunc pro tunc* to February 7, 2103. The deadline for plaintiff to file a response brief is extended one day to February 21, 2013.

   IT IS SO ORDERED.

   DATED: This 11th day of February, 2013.

   _____
   UNITED STATES DISTRICT JUDGE