**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SHALIMAR BEACH, | ) | 3:11-cv-00007-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's request for a one-day extension of time in which to file the supplemental brief ordered by the court on January 22, 2013, is **GRANTED**. The deadline for defendant to file a supplemental brief is extended *nunc pro tunc* to February 7, 2103. The deadline for plaintiff to file a response brief is extended one day to February 21, 2013.

IT IS SO ORDERED.

DATED: This 11th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE