**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SHALIMAR BEACH, | ) | 3:11-cv-00007-HDM-VPC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) ) | |

   Plaintiff's request for an extension of time in which to respond to defendant's supplemental brief filed on February 7, 2013 (#86) is granted. Plaintiff shall have up to and including March 7, 2013, in which to file her response.

   IT IS SO ORDERED.

   DATED: This 13th day of February, 2013.

   _____
   UNITED STATES DISTRICT JUDGE