# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHALIMAR BEACH, | ) | 3:11-cv-00007-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

On November 1, 2012, judgment was entered in favor of defendant Wal-Mart Stores, Inc. and against plaintiff Shalimar Beach following jury trial and verdict in favor of defendant Wal-Mart stores, Inc.

On April 22, 2013, the clerk's memorandum regarding taxation of costs of $5,399.12 was filed. No response was filed.

On July 23, 2013, the court ordered plaintiff Shalimar Beach to pay attorney's fees of $32,754.50 to defendant Wal-Mart Stores, Inc.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED in favor of Wal-Mart Stores, Inc. and against Shalimar Beach for attorney's fees and costs in the total amount of $38,153.62.

DATED: This 26th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE